**STATE of Missouri, Respondent,**

v.

**John E. STELBACKY, Appellant.**

**John STELBACKY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42846.**

Missouri Court of Appeals,
Western District.

July 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied
Oct. 16, 1991.

Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of fraudulent use of a credit device, § 570.-130, RSMo 1986, and from denial of Rule 29.15 for postconviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); denial of postconviction relief affirmed pursuant to Rule 84.16(b).